AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Quinlan Colby Jackson STUBBLEFIELD<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:25mj2164 |

FILED
OCT 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Quinlan Colby Jackson STUBBLEFIELD                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  On or about September 28, 2025, Quinlan Colby Jackson STUBBLEFIELD violated 18 U.S.C. § 2119, Carjacking.


Date:     September 30, 2025

*Issuing officer's signature*

City and state:     Cleveland, Ohio

James E. Grimes Jr., U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/30/25, and the person was arrested on *(date)* 10/01/25
at *(city and state)* Medina, OH

Date: 10/01/2025

*Arresting officer's signature*

James Asher
Supervisory Ranger
*Printed name and title*